UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    10 CR 26 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| ALEX A. CAMPBELL, and | ) | |
| DANIELLE JOHN | ) | |

## **PROTECTIVE ORDER**

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1. The five witness statements ("Five Witness Statements") provided to defense counsel on November 8, 2010, shall remain "attorney's eyes only" until December 24, 2010, at which time they may be disclosed to defendant Campbell and a defense investigator.

2. After December 24, 2010, all Title 18, United States Code Section 3500 Material produced to defense counsel must not be shared, in any format, with any person, other than defendant and defense counsel's identified investigator. In addition, defendant may not review or retain any 3500 Material, including the Five Witness Statements, inside of any jail facility unless defense counsel is present with defendant.

3. Given that each of the Five Witnesses, or their counsel, have indicated that they do not wish to speak with defendant's representatives, defense counsel, and anyone working on his behalf, must not contact the Five Witnesses outside of the courtroom, without prior approval of the Court.

4. The Government must provide defense counsel with a witness list, including the names of the Five Witnesses, seven days prior to trial.

5. Defense counsel must not elicit the Five Witness real last names on cross-examination at trial. Rather, both parties may refer to the witnesses by the nicknames by which defendant Campbell knows them.

6. In the event defense counsel or his investigator learn the current whereabouts of the Five Witnesses, those locations must not be disclosed to defendant, in any format, for any reason, unless otherwise ordered by the Court.

ENTER:

_____
Robert W. Gettleman, Judge
United States District Court

DATED: Jan 11, 2011